IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MATTHEW JONES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV10-0156-TL |
| THE BRAND SOURCE BENEFIT TRUST, an employee health and welfare plan, et al., | ) |
| Defendants. | ) |
| THE BRAND SOURCE BENEFIT TRUST, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SIGNATORY TO CERTIFICATE NO. 2006-03, | ) |
| Third-Party Defendants. | ) |

## **J U D G M E N T**

Judgment is hereby entered in favor of plaintiff, Matthew Jones, and against defendant The Brand Source Benefit Trust in the amount of $72,776.00 in attorney's fees and $17,836.35 in prejudgment interest, together with interest thereon at the rate allowed by law from this date until paid.

It is so ordered this 5th day of November, 2012.

_Tim Leonard_
TIM LEONARD
United States District Judge