IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MATTHEW JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV10-0156-TL |
| THE BRAND SOURCE BENEFIT TRUST, an employee health and welfare plan, et al., | ) ) ) ) ) ) |
| Defendants. | ) |
| MATT JONES, SINGULARLY AND AS ASSIGNEE OF THE BRAND SOURCE BENEFIT TRUST, | ) ) ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SIGNATORY TO CERTIFICATE NO. 2006-03, | ) ) ) ) |
| Third-Party Defendants. | ) |

## **O R D E R**

Pursuant to the Stipulation for Dismissal (Doc. No. 97), IT IS HEREBY ORDERED that third-party defendants Certain Underwriters at Lloyd's, London Signatory to Certificate No. 2006-03 are DISMISSED with prejudice.

IT IS FURTHER ORDERED that the third-party action is DISMISSED with prejudice, each party to bear its own attorney's fees and costs.

It is so ordered this 14th day of January, 2013.

*/s/ Tim Leonard*
TIM LEONARD
United States District Judge